UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 06-38-KSF

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.            FINAL DECREE AND ORDER OF FORFEITURE

HERMAN MORRIS                                                                                  DEFENDANT

\* \* \* \* \*

WHEREAS, on August 22, 2006, this Court entered a Preliminary Judgment of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and the guilty plea of the defendant;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Lexington Herald-Leader on August 13, 20, and 28, 2007, and no claim having been made;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     That the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) shall forthwith seize the forfeited property and dispose of it in accordance with the law;

2.     That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party:

**FIREARM:**
Haskell, model JS-45, .45 caliber, semiautomatic pistol, serial number 015539.

3.   That the forfeited property listed herein be disposed of according to law.

4.   That the Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 17th day of October, 2007.



Signed By:

*Karl S. Forester* KSF
United States Senior Judge

Prepared by:

AMUL R. THAPAR
UNITED STATES ATTORNEY

/s David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1671
(859) 685-4896
Fax: (859) 233-2658
E-mail: david.olinger@usdoj.gov